UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADMIRAL INSURANCE COMPANY, BERKLEY INSURANCE COMPANY and NAUTILUS INSURANCE COMPANY,<br><br>          *Plaintiffs,*<br><br>  -against-<br><br>CHATHAM INSURANCE SERVICES, INC. and DOXA PROFESSIONAL LIABILITY, LLC,<br><br>          *Defendants.* | Case No.   23 Civ. 8741<br><br> |

**PLAINTIFFS' NOTICE OF MOTION TO FILE UNDER SEAL THE PORTIONS OF THE COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, AND DECLARATION OF GREGG PILTCH THAT ARE CONFIDENTIAL, AND EXHIBITS A-C TO THE PILTCH DECLARATION IN THEIR ENTIRETY**

PLEASE TAKE NOTICE that upon the attached Declaration of Gregg Piltch, dated October 3, 2023, and the accompanying memorandum in support, the undersigned will move on behalf of Plaintiffs Admiral Insurance Company, Berkley Insurance Company and Nautilus Insurance Company ("Plaintiffs"), before the United States District Court for the Southern District of New York, at the United States District Courthouse, located at the courthouse at 500 Pearl Street, New York, New York 10007, at a time and place to be scheduled by this Court, for an order pursuant to Civ. R. 5.2(d)-(e) of the Federal Rules of Civil Procedure sealing the portions of the Complaint, memorandum of law in support of Motion for a Temporary Restraining Order and Preliminary Injunction, and the Declaration of Gregg Piltch that are confidential, and Exhibits A-C to the Piltch Declaration in their entirety.

Dated October 4, 2023

                                                                                  */s/ Michele L Jacobson*
                                                                                  Michele L. Jacobson
                                                                                   STEPTOE & JOHNSON LLP
                                                                                   1114 Avenue of the Americas
                                                                                   New York, New York 10036
                                                                                   Telephone: (212) 378-7573
                                                                                   Fax: (212) 506-3950
                                                                                   mjacobson@steptoe.com

                                                                                  *Attorney for Plaintiffs Admiral Insurance Company, Berkley Insurance Company and Nautilus Insurance Company*

```
Application GRANTED.

The Clerk of Court is directed to terminate the motion at
docket entry 10.


Dated:     October 6, 2023             SO ORDERED.
           New York, New York
```

                                                                                   *[signature: Katherine Polk Failla]*

```
                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE
```